IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIE E. THOMPSON,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 05-0264-WS-M** |
| **GRANT CULLIVER,** | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice**.

**DONE** this 12th day of September, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE